**Order entered December 23, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00157-CV

**MICHAEL A. RUFF, Appellant**

**V.**

**SUZANN RUFF, Appellee**

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-17273

### ORDER

The clerk's record in this case, DC-17-17273, contains the original petition from a different case, DC-17-17279. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file no later than January 6, 2022 a supplemental clerk's record containing the original petition in this case, DC-17-17273, filed December 18, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     KEN MOLBERG
        PRESIDING JUSTICE